FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2014

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF

v.                    No. 4:13-cr-271-DPM

JOHN DENNIS HAYES and
JOSHUA GREEN                    DEFENDANTS

## ORDER

The Court appreciates the parties' input on the jury instructions and proposed *voir dire*. Most of the suggestions have been adopted. A decision on whether to include Final Instruction No. 20 (or some version of it) on Hayes's theory of defense will hang fire pending the proof. The Court's current working drafts of the instructions are attached.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2014